Case 1:08-cr-00177-CG-C   Document 158   Filed 11/19/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | )  |              |               |
|---|---|---|---|
| v. | ) | | |
| ANGELO LARMONE MASSEY | ) | Case No: | 08-00177-002 |
|  | ) | USM No: | 10307-003 |
| Date of Original Judgment: 7/20/2010 | ) | | |
| Date of Previous Amended Judgment: 7/10/2015 | ) | Arthur Madden | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  63  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated  7/20/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 19, 2015          /s/ Callie V. S. Granade
                                                                        *Judge's signature*

Effective Date: _____                United States District Judge
*(if different from order date)*                *Printed name and title*